RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _11/15/10_
BY_____

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **VESTER MARIE COLEMAN** | **CIVIL ACTION NO. 09-0759** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE,** **COMMISSIONER, SOCIAL** **SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 27], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney's Fees [Doc. No. 24] is GRANTED, and that the Commissioner is ordered to remit to Plaintiff's counsel a check made payable to Plaintiff Vester Marie Coleman for attorney's fees in the amount of $5,520.00 (36.8 hours at $150.00 per hour), plus expenses of $138.03.

MONROE, LOUISIANA, this *10* day of November, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE